OCT 12 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

The Latham Court Presents to The U.S. District Court Southern District of Florida

| | |
|---|---|
| Aisha Latham,<br>United States of States of America,<br>(Wo)man; Claimant,<br><br>v.<br>Mainstay Winston, LLC DBA The Winston By Windsor,<br>Ryan R. McCain,<br>Jennifer Halil,<br>Respondent(s),<br><br>Barfield McCain Ayoub P.A.,<br>4460 Medical Center Way<br>West Palm Beach, Florida 33407<br><br>11099 SW 5th Street<br>Pembroke Pines, Florida 33025 | State Case No. COCE-23-072593<br><br>Claim of Damages for the trespass:<br><br>**Administering Property without Right**<br><br>Trespass Pursuant to: 42 USC §1983;<br><br>Administrative Procedures Act 91946);<br><br>Privacy Act 5 U.S.C. 551-552<br><br>Bill of Rights: Articles(s) The First, Forth, and Fifth<br>(Verified) HEARING DEMANDED |

The Latham Court presents notice:

### Claim for relief/ and restitution.

I, a woman; on the land of Florida Republic; Aisha: hereinafter i/Claimant; move this court to enter an order of INJUNCTION:

1. Man, woman, or person named above as Respondent(s) trespass upon my property under color of law;
2. The causal agent trespass is Deprivation of Rights under color of law **Administering Property without right** resulting in removal of $160,000 of property damage;
3. The trespass did and does cause injury to my right to pursue happiness/acquire and protect property;
4. This trespass began on September nineteenth two thousand twenty three, continues still today October tenth two thousand twenty three;
5. I require an injunctive relief/restitution for the initial and continual trespass upon my property.
6. I wish for the immediate restore of property or its monetary value in equivalent

i say here and will verify in open court that all herein be true

_____

By: Aisha of the Latham Family

October tenth two thousand twenty three

No.

The Latham Court Presents:

**Facts of the case**

I Aisha; living soul; a private woman; now make it known to all interested parties;

At all times relevant to this case, the trespassers act as or on behalf of Debt Collectors(1). Where one is mentioned as styled in this case, other Respondent(s) are included as or through Debt Collectors Agents [Cf. 15 U.S.C. 3s 1962€, 15 U.S.C. ss 1962a(6). [Emphasis Added]]

At all times relevant to this case i; woman; Claimant(s); is in lawful possession of my property.

WHEREAS There is no contractual relationship between Respondent and Claimant.

WHEREAS Claimant has never given consent to sue.

WHEREAS Respondent(s) came in to act as a debt collector yet has not expressed written consent to communicate with Claimant about any debt.

WHEREAS Respondent Ryan R. McCain acts/poses as "legal counsel" for the behalf of the person to whom I have the contract for "Mainstay Winston, LLC DBA The Winston By Windsor".

WHEREAS "This Constitution, and the LAWS of the United State shall be made Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, **any Thing in the Constitution or Laws to the Contrary notwithstanding.** [Article VI section2]

WHEREAS Ryan R. McCain confesses to hold a title of Esquire via WSBA #

WHEREAS Article 1 Section 9 clause 8 forbids, "**No Title of Nobility shall be granted by the United States:** And no Person holding any Office of Profit or Trust under them, shall, **without the Consent of the Congress**, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or Foreign State."

WHEREAS Article 1 Section 10 Clause 1 forbids, "**No State shall enter into any Treaty**, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; **make any Thing but gold and silver Coin a Tender in Payment of Debts**; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, *or grant any Title of Nobility*.";

WHEREAS The Esquire is a title of nobility granted by a foreign State, and;

Amendment XI: "The **Judicial power of the United States** shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any **Foreign State**."

WHEREAS the Judiciary Act of 1789 created the attorney-general but not the STATE BAR card carrying attorney, Esquire.

WHEREAS Ryan R. McCain has no authority or right to be speaking to Claimant nor heard in any said United States court room.

WHEREAS On the **19th day of September 2023** Aisha received a harassing, threatening letter, generating **false claims** against her ON HER DOOR that began the interference with her peaceful living activities.

WHEREAS:  A PERSON known as COUNTY COURT IN AND FOR BROWARD, FLORIDA allowed this trespass against property when them or some affiliate or agent sent fraudulent and identity confusing paperwork.

WHEREAS: COUNTY COURT IN AND FOR BROWARD, FLORIDA and Ryan R. McCain and MAINSTAY WINSTON, LLC DBA THE WINSTON BY WINDSOR sending letters claiming some type of debt to be owed to them.

WHEREAS: all US governed entities, such as BROWARD COUNTY, are subject to the written laws of the United States.

WHEREAS: all written law of the United States only has force and effect upon that which is within (territorially) the scope of jurisdiction that is included in the Constitution of the United States. Specifically -

WHEREAS that Claimant has refused to accept or consent to the harassing letters and false claims sent to her public image pursuant to 17 CFR § 240.14c-6 broadcasting False or misleading statements,

WHEREAS Respondents violated Claimants *due process to deprivation of property* pursuant to Article 1 Section of the United States Constitution and Article 1 section 9 of the Florida Constitution the day they were able to enter in a *forcible entry and detainer* and Jennifer Halil and Clerk unknown allowed this claim to enter their said court with knowledge of no due process or any Thing in affidavit form swearing to the facts alleged to be true.

WHEREAS Respondents entered this false claim into a public forum defying the Claimants character and public reputation.

WHEREAS The Respondent in the harassing letter claims possession **without the required administrative hearing and APPROVAL from a HUD representative**, pursuant to 42 USC 1437d(k). Showing the court does not have *subject-matter jurisdiction and is allowing Respondents to be above the law with disregarding the defendants constitutionally protected rights to due process*.  (EXHIBIT A)

WHEREAS: Public and Indian Housing is the federal regulatory agency over Public and Indian housing. HUD (representing the United States) does NOT own or have interest in my property; therefore, the court has no subject-matter jurisdiction over the matter.

WHEREAS The Respondents with public knowledge of the laws that govern eviction proceedings intentionally bypassed due process and is deliberately trying to cause harm and public humiliation to Claimant

WHEREAS that the only *injured* party at this moment in time is Aisha and her children who are being publicly threatened and harassed out of their private home.

WHEREAS claimant is being discriminated against or retaliated against by respondent(s) for reasons still unknown, unsworn, not made available.

WHEREAS Jennifer Halil and Clerk unknown seems aid and abet the violation of Claimants inalienable and unalienable rights. (God given rights, authority, and jurisdiction).

WHEREAS The confusion comes here because these foreign entities are not use to dealing with a private woman and;

WHEREAS To clarify Claimants Standing and Authority, Aisha comes from the bloodline of the Latham Family

WHEREAS According to **Genesis 1:26** *"Furthermore God said, [a]Let us make man in our [b]image according to our likeness, and let them rule over the fish of the sea, and over the fowl of the heaven, and over the beasts, and over all the earth, and over everything that creepeth and moveth on the earth."* and;

WHEREAS God made me in his image and has not granted any entity, or person, or people authority over my life, property or pursuant of happiness, upon this earth and if one is claiming to have the authority to do so, produce the receipt where God says you do.

WHEREAS Aisha was discharged from her mother's waters, the moment she took her first breath she became the holy spirit in the flesh and blood, living soul.

WHEREAS: Aisha is a child of God, and was given title of Aisha by her mother and is a member of the Family of God

WHEREAS: Aisha the holy spirit in the flesh and blood is not the same as the tax liable AISHA LATHAM you are trying to commercially contract with

WHEREAS: The "Aisha" you all are trying to contract with is an incorporation that the County Registrar made on behalf of the STATE OF FLORIDA registered on August 28th, 1989, when I was born on August 28th, 1989. Proving there is a FICTITIOUS entity overlapping my REAL identity.

WHEREAS: The evidence shows that Aisha's mother nor father never gave her *the name being that is an incorporation* they did not recreate that is **tax liable.**

WHEREAS: The Evidence shows that the registrar issues the BIRTH CERTIFICATE for and on the behalf of the State.

WHEREAS: The debt and claims to this persons should be directed to the one whom is liable for it, the issuer, The State.

WHEREAS: If you are the maker, issuer, then you are then deemed liable.

WHEREAS: The Crown in the UK is liable and everything registered and after it vest in the Crown.

WHEREAS: Aisha is not the creator of AISHA LATHAM meaning Aisha is not the OWNER nor LIABLE.

WHEREAS **Deuteronomy 15:6** *"For the Lord thy God hath blessed thee, as he hath promised thee: and thou shalt lend unto many nations, but thou thyself shalt not borrow, and thou shalt reign over many nations, and they shall not reign over thee."*

WHEREAS: Confirming Aisha is the Banker and Benefactor that is the **source that funds this property and world**.

WHEREAS: Aisha is the **beneficiary of God's will, and the public trust** and God has not revoked her dominion and if one has proof to the contrary produce the receipt.

WHEREAS: A person/people/property can exist without paperwork, but paperwork cannot exist without the living people (something of substance).

WHEREAS: a FICTION such as Respondent, **Mainstay Winston, LLC DBA The Winston By Windsor**, cannot hold ownership or interest in any substance, *especially ones meant for the enjoyment of one's pursuit to happiness*

WHEREAS: All things of substance I, Aisha own *In Trust in God*.

WHEREAS: I have an INTEREST in the AISHA LATHAM ESTATE but not ownership. For **Leviticus 25:23** *"Also the land shall not be sold to be cut off from the family: for the land is mine, and ye be but strangers and sojourners with me".* And

WHEREAS Claimant is further stating that she is of that Family of Jubilee in which God is speaking of and not the incorporated person in which one are presuming and assuming and coercing Claimant to be.

WHEREAS: Aisha's power comes from *Divinity*, being in the **state of peace** in the Kingdom of Heaven and *is bonded and vested* to the unseen but forever present divine creeds. (KINGDOM OF HEAVEN).

WHEREAS: The "power" of the Respondents(s) come from the CROWN, in England, being they are residents and employed through the state as **FOREIGN** public servants or agents in the FICTIONAL STATE, STATE OF FLORIDA.

WHEREAS: FICTIONS, Respondent(s), are *alleging a claim* with an indispensable party that is not present, the United States of America

WHEREAS: Article 1, Section 10 of the Constitution expressly mandates: "No State shall... make any *Thing* but gold and silver Coin a tender in payment of Debts"; and

WHEREAS: Congress has no constitutional authority to authorize or require the STATE OF FLORIDA to do something that the Constitution of the United States expressly forbids the State of FLORIDA from doing; and

WHEREAS: The Coinage Act of 1792, Congress declared and defined the term "dollar" as coin consisting of gold or silver, and Congress has not since declared otherwise ; and

WHEREAS: Due to Federal Law, Title 12, Section 152, which defines "Lawful Money of the United States" to ONLY be "gold coin" and "silver coin", said section remaining UNREPEALED to date, and

WHEREAS: due to 48 Stat. 2, (March 09, 1933) and 48 Stat.113, (June 05, 1933) all gold coin was removed from common circulation, at par, at the banks in America, said Statutes, remaining UNREPEALED to date, and

WHEREAS: due to P.L. 8931, (July 23, 1965) Senate #2080, and 9029, (June 24, 1967) Title 30, Section 9898 H, and 60 Stat. 596, all silver coin was removed from common circulation at par, at the banks in America, said Public Laws, Sections and Statutes remaining UNREPEALED to date, and WHEREAS misbehaving Congress has removed gold and silver coin (lawful money) from free circulation within the State of Missouri, contrary to constitutional design and mandate; and

WHEREAS: there are many judicial rulings of conflicting opinions upon the subject of "tender," "Acts of Congress making notes of the United States a legal tender do not apply to involuntary contributions in the nature of taxes, fees, fines, etc. enacted under State laws," Hagar v. Land Reclamation District 108, 111 US 701 (S.Ct. 1884), is controlling; and

WHEREAS: Article XI, Section 1 of the Oregon Constitution being *pari materia* to all other State constitutions, expressly prohibits the circulation of private bank paper (i.e., Federal Reserve Notes) as money; and

WHEREAS: the Ninth Circuit Court in *Lewis v. United States,* 680 F.2d 1239, 1241 (9th Cir. 1982), concluded that the Federal Reserve Banks are not federal instrumentalities, but are independent privately owned and locally controlled corporations; and

WHEREAS: in the case of the First National **Bank** of Montgomery v. Daly, (1968), Federal Reserve Notes were declared to be null and void, and not "lawful money" within the contemplation of the Constitution of the United States because they are not redeemable in gold or silver coin, nor is there any fund set aside anywhere for the redemption of said notes; and

WHEREAS: according to the Office of the General Counsel for the Department of the

Treasury, "Federal Reserve Notes are not dollars" (cf. Exhibit 2); and according to the Treasury Department, "There is no conversion of Federal Reserve Notes to dollars of gold or silver coin" and

WHEREAS the State may not be prohibited from accepting any thing as a tender in payment, but it is prohibited to make, any thing but gold or silver coin; and

WHEREAS: the term "make" as it is used in Article 1, Section 10 of the U.S. Constitution has a concise and specific definition; and

WHEREAS there are two general definitions attached to the term "make," viz.: (1) It could mean to create as in: "I will make you a coin," or (2) It could mean to force as in: "I will make you use a coin"; and

WHEREAS: from the language in Article 1, Section 10, it is clear the second usage is intended, since to "coin money" and to "emit Bills of Credit" are prohibited to the several States just previous to the prohibition against making "any thing but gold or silver Coin a Tender in Payment of Debts," the word "make" would be an anomaly if it meant to coin or emit some thing other than gold or silver coin; and

WHEREAS: if "make" meant "to create" it would imply that the State had the power of coinage and emission of coins; however this power is specifically prohibited by the same section; and 23. WHEREAS the only reasonable meaning of the word "make" as it is used in Article 1, Section 10, is "to force the use of," thus we are left with the following reading: "No State shall... force the use of any Thing but gold or silver Coin a Tender in Payment of Debts"; and 24. WHEREAS it is the courts of the State that "make" (or is suppose to make) gold or silver Coin a Tender in Payment of Debts regardless of any laws or statute to the contrary; and

WHEREAS: All entities pursuant to the Constitution of the United States, such as , are bound by its governing creator, written laws (restraints) also..

TRUTH INFACT: all elected, appointed and hired agents, employees, and officers of the State of Florida including, but not limited to the officers of this Court, have given their promissory Oath under the seal of the State to obey the constitutional restraints and mandates enumerated therein, and herein listed above; and

WHEREAS: Article 1, Section 10 has never been amended or repealed, and the judges in every state (including Florida) are still bound by Oath (and bonded) to uphold and support the Constitution for the United States of America, and they have never been released from the oath administered to them; and

WHEREAS: It is the lawful responsibility of this State (all three branches) to ensure that Congress does mint and freely circulate lawful money dollars within this State in order that the State of Florida, and any obligators, are able to lawfully extinguish their debts in accordance with Article 1, Section 10 of the Constitution for the United States of America; and 29

WHEREAS Claimant is *estopped from obtaining lawful money dollars at par value*, and therefore do not have any lawful money dollars; and

WHEREAS: If Claimant is **made, or opted, to make payment for any alleged DEBT**, or face eviction of my property, or Claimant faces absolute forfeiture because Claimant is being *commanded to do an impossibility* if I want to save my property from eviction. To be placed in such a position is slavery, theft, extortion, a violation against both woman and God.

WHEREAS *Lex non cogit ad impossibilia*: The law never requires impossibilities and

WHEREAS: because of the misbehavior of Congress and the failure of judges / administrators in this State to be the constitutional check and balance for the "Republican Form of Government," and we may be, note the following exhibit referencing, "we are here now in chapter 11 and

WHEREAS: Claimant does not have any lawful money dollars, and Claimant is estopped from obtaining any at par value, Claimant is therefore **"unable" to lawfully "pay"** any debts to this State in the form of fees, fines, assessed court costs, etc.; and

WHEREAS: Although **Claimant is not refusing to pay** any lawful fees, fines, etc., because of the misbehavior of Congress and the failure of judges to do their duty to uphold and support the US Constitution, **Claimant is unable to**; and

WHEREAS: if a Court orders payment in gold or silver Coin, then Claimant move this Court for an *additional Order directing the Secretary of the United States Treasury to supply the Coin at par for circulation*; and

WHEREAS: If no such Coin is put into circulation, then Claimant is **precluded / barred** from complying with said order in fact, and this may then constitute a cruel or unusual punishment, for to order me to do something Claimant cannot possibly do would be, at best, unusual and, at worst, cruel; and 34. WHEREAS it is a long and well established maxim of law that the law does not require impossibilities; and

WHEREAS: neither the State of Florida, nor its political subdivisions and officials or agents thereof, possess no lawful authority to punish or deprive the individual, or as a result of the negligence of the Congressmen and judges as stated herein;

WHEREAS: The woman, Jennifer Halil Affirmed by her written oath of office, as State of Florida District Court Judge/Administrator, that in her courtroom she will preserve, protect, and defend, the Constitution of the United States of America and the Constitution of the State of Florida.

WHEREAS: There is a diversity in this case that cannot be solved in the lower court.

WHEREAS: The case involves 42 USC 1983 violations under the first, fourth, and fifth amendments of the Bill of Rights by Public Agents.

WHEREAS: Respondent(s) still have my private information out in the public sector without compensating for the use of

WHEREAS: Respondent(s) refuse to act in Equity and by Laws of the God which I am bond to, but would rather interfere with my enjoyment of life and liberty by way of Laws of Water and Admiralty which I have not subscribed to.

To this day I am still suffering from the initial deprivation of rights and will continue until justice is served on behalf of God people.

This case exceeds the minimum amount, being $420,000 in counting is in "controversy".

It is inconvenient and prejudices the Allege Defendant to be require litigating this case in a District Court summary proceeding.

THEREFORE, be it known that Claimant by law, insolvent before this Court because of congressional mischief, and do hereby demand relief from this State's imposed tax as associated with this case, it's filing fees, etc., and because of said mischief, and through the neglect and violations of the Constitution of the United States by certain state actors, Claimant is estopped from paying the same in accordance with Article 1, Section 10 and the positive law made in pursuance thereof, and that this demand is made under the authority of Article 1, Section 10, and Articles 4 and 6 of the Constitution for the United States of America and the like Florida Bill of Rights, and foremost my status, as recognized by US written law, as a free inhabitant.

Claimants intent is to enjoy and exercise her, any, Rights as guaranteed and secured by the Constitution for the United States, and the Constitution of the State of Florida, if to be found in their jurisdiction, including and especially my right to extinguish debts and receive "just compensation" in accordance with the express provisions of said instruments supra, legislative acts to the contrary notwithstanding.

## CAUSES OF ACTION

### 1. Trespass

RYAN R. MCCAIN and JENNIFER HALIL [to land] involves the "wrongful interference with one's possessory right in [real] property." It is not necessary to prove that harm was suffered to bring a claim. The main element of the tort is "interference". To survive a claim of trespass the Wrongdoer must show proof of lawful rights by way of licensing, valid contract, receipt, superior possessory rights or lawful necessity.

### Proof and Elements of Trespass:

Count 1. Respondents interfered with my possessory rights by refusing to remove Claimants private property from the public record.

Count 2. This trespass causes annoyance, mental and emotional stress, and anxiety because public agents use the false record to administer Claimants private property for public use without compensation as well.

Count 3. This trespass caused interference with the relationships with my property and the State of Florida.

Count 4. This trespass damages my right to peaceful enjoyment of my property.

Respondent claims to have a right to my property based on the presumption that it was within their public jurisdiction. However, the Respondent is/are willing or unable to prove this presumption. Without a valid contract the Respondent has no right to remove myself, my dog, my materials or personal property on my property. Interfere with my lawful possessory rights to enjoy my property which is trespass by way of deprivation of rights.

WHEREFORE, Plaintiffs prays that this Court enter judgment in her favor and against the individual Defendants, and award damages as follows:

  a. Compensatory damages;
  b. Punitive damages as allowed by law;
  c. Any other relief this Court deems just and appropriate.

### 2. Proof and Elements of State Law Intentional Infliction of Emotional Distress
This count is pled against all Defendants on behalf of all Plaintiffs.

Count 1. The individual Defendants' actions were objectively extreme and outrageous under the circumstances.

Count 2. The individual Defendants' actions were taken intentionally with malice, willfulness, and reckless indifference to the rights and safety of Plaintiffs.

Count 3. The actions of the individual Defendants were undertaken within the scope of their employment with the State of Florida.

Count 4. The State of Florida is liable as principal for all torts committed by its agents.

Count 5. As a result of the actions of the individual Respondents, Claimant have sustained severe emotional injuries.

WHEREFORE, Plaintiffs prays that this Court enter judgment in her favor and against the individual Defendants, and award damages as follows:

    d. Compensatory damages;
    e. Punitive damages as allowed by law;
    f. Any other relief this Court deems just and appropriate.
    g.

### 3. Proof and Elements of Due Process

This count is pled against all Respondents on behalf of the Claimant.

Count 1. The Defendants allowed a claim into court without proper due course pursuant to 42 USC 1437d(k)

Count 2, Defendants actions were taking knowingly and willingly to defraud, defame, or coerce the surrendering of ones home without proper due process

Count 3. The actions of the individual Defendants were undertaken within the scope of their employment with the State of Florida.

Count 4. The State of Florida is liable as principal for all torts committed by its agents.

Count 5. As a result of the actions of the individual Respondents, Claimant have sustained severe emotional injuries.

WHEREFORE, Plaintiffs prays that this Court enter judgment in her favor and against the individual Defendants, and award damages as follows:

    a. Compensatory damages;
    b. Punitive damages as allowed by law;
    c. Any other relief this Court deems just and appropriate.

### 4. Proof and Elements of Intentional Interference

Plaintiff must prove the elements of the claim rather than on the defendant to prove that its acts were justified. To prevail on the claim, plaintiff must prove four elements:

(1) Respondents had a valid contract existed,
(2) Respondents gained/had knowledge of the contract,
(3) Respondents acted intentionally and improperly, and
(4) Claimant(s) was injured by the defendant's actions. United Truck Leasing Corp. v. Geltman, 406 Mass. 811, 812, 551 N.E.2d 20 n. 6 (Mass. 1990).

**Elements of Interference**

Count 1. Claimant(s) realleges and restates the foregoing jurisdictional allegations.

Count 2. Prior to Respondent(s) acts complained of, Claimant(s) was lawfully and peaceably enjoying the subject property.

Count 3. Respondents had knowledge due to notice by Claimant.

Count 4. Respondent(s) intentionally used their public position to interfere with Claimant(s) peaceable enjoyment of the subject property without lawful justification.

Count 5. Claimant is injured by emotional, psychological and financial stress.

Wherefore Clainant(s) moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances.


## 5.      FORGERY

There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:
(1) A person must make, alter, use, or possess a false document....
(2) The writing must have legal significance. ...
(3) The writing must be false. ...
(4) Intent to defraud.
**Elements of forgery**

Count 1. Claimant realleges and restates the foregoing jurisdictional and Facts of the case allegations.

Count 2.  Respondent(s) used a false instrument purported to be a [SUMMONS].

Count 3. Such an instrument is typically used by a lawful owner of property to invoke the legal powers of a court of competent jurisdiction.

Count 4.  The instrument is a nullity because it is not for the intent of what it alleges to be.

Count 5. Respondent(s) intends to use this INSTRUMENT to defraud Claimant.

Wherefore Claimant moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances. DID RESPONDENT(S) ADMIT TO DOING THINGS ON BEHALF OF ANOTHER TO BENEFIT THEMSELVES FINANCIALLY?

## Conclusion

Claimant clearly shows that the Respondent acted jointly and severally and violated their lawful obligations to protect life and property through the enforcement of laws & regulations. as well as act unlawfully to willfully defraud the Claim.

**JURISDICTION**

The nature of the claim is within the jurisdiction of this court because it is more than $20/Federal question/Diversity of citizenships. Claimant is a woman that lives in the State of Peace with Trust in God and Respondent are Resident Persons of the State of Florida

**DEMAND FOR JURY TRIAL**

Claimant hereby demands a jury trial on any cause of action with respect to which there is a right to jury trial.

**RELIEF REQUESTED**

1. Compensatory damages in the amount of $420,000 For the harm of this fiasco leading to anxiety and heart palpitations due to the mental stress caused by the harassing letters and threats. The claimant cries every night and experiences deep depression due to anxiety. This contributed to several thousand dollars and thousand hours and much financial stress for seeking counsel and various lawful defenses to their continuous harassment. Although no monetary value can erase past stresses upon Claimants mental or physical health, it can at least alleviate the present ones caused by Respondent trespass. Along with further loss of wages due to having to pause employment, suffering and transferring mental and emotional stress caused from Respondent actions in this case, the Claimant is in emotional pain and damaged.
2. A permanent injunction directing and ordering Respondents not to further harass or deprive rights without her express consent or other valid authorization.
3. Ejectment of all documents referencing trespassers claims.
4. An award of such further and additional lawful and equitable relief as the Court deems just and proper

I say all herein is true and will verify in open Court.

By: Aisha Latham

The Latham Court presents Notice of court rules:                                    No.

## VERIFICATION

**Firstly**: I; woman; declare and require all documents including recommendations and orders being placed into the case to be verified in open court under oath or affirmation. All documents submitted without verification by the court will take notice as contempt of court and will be void. All documents filed through the Office of the court clerk must be time stamped.

**Secondly**: I say here and will verify in open court that all herein be true.

## SIGNATURES

**Firstly**: I; woman; declare and require all documents including recommendations and orders being placed into the case file to have a fixed upon it a wet ink (blue ink) signature of its creator (NO RUBBER STAMPS) on all documents submitted. Documents without a wet ink (blue ink) signature the court will take notice as a contempt of court and will be void.

## COMPENSATION

**Firstly**: I; woman; declare that compensatory damages in the amount of $420,000 are due posthaste.

**Secondly**: the arrival of the sum for damages is based upon the belief that to charge by the rate of $20,000 United Stated Dollars per day of wrongdoing is fair and just.

**Thirdly**: to date approximately 28 days have passed. Since the commencement of the use of an instrument which prevents me from the enjoyment of my property physically.


I say here and will verify in open court that all herein be true


_____

By: Aisha Latham

The Battle Court presents Notice:                                              No.

## Notice:

### Request for production of documents and questions

All persons (3) answering or acting as agent on behalf of any and all respondents are required to submit to this court:

Delegation of authority to act on behalf of any party named in this case.
[Cf. 22 U.S. Code ss 612]

The valid original contract that expressly gives you the rights to administer my property and communicate with me about any debt.

The original property deed/mortgage showing the United States, State and or County as title holder.

<u>Interrogatories:</u>

1. Who is addressing the holy spirit today?
2. Can you prove without a reasonable doubt that you have not been acting in fraud?
3. Can you prove without a reasonable doubt that a HUD manager was present in the courtroom as the regulatory agency over public housing?
4. Can you prove without a reasonable doubt that you know what LAW is?
5. Can you prove without a reasonable doubt that Aisha was supposed to be defending herself against you?
6. What act of legislation granted the title or created the public office of Esquire?
7. If no such legislation exists, by what lawful authority does one act?
8. Is one communicating about a debt in a species other than what has been legislated?
9. What legislation granted the Supreme Court **licensing/certification** power?
10. Who Has Authority to Hire the Corporate BAR Attorney?
11. Can you prove without a reasonable doubt that you are acting in a righteous; honorable; noble; or moral manner when you are requesting that a child of God must protect herself from you in the manner of "defense"?
12. Can you prove the documentary evidence that God gave you the authority to government or interfere or help him with his Will over Aisha Latham?
13. Do you have firsthand knowledge of the trespass you aided associated with my property?
14. Do you have firsthand knowledge of the claim of debt associated with my property?
15. Are you the man or woman who will testify in court to verify your right to trespass?
16. Are you the man or woman who will testify in court to verify the initial writ of possession demanding Marshal's to come to my property without my permission?
17. What is the name and address of the man or woman who claims a debt is owed with my property as collateral?
18. Explain how can a security turn into me paying you federal reserve notes?
19. Was the contract in question a security agreement? Yes or no?

20. Are you the man or woman who will testify in court to verify that you did not get paid up front for the security agreement ?
21. Do you agree that article 1 section 10 of the constitution states that no state shall make any Thing but Gold and silver coin a tender in payment of debts?
22. Are you the man or woman that will testify in court to extortion towards the natural living woman Aisha Latham?
23. What is the name of the 3rd party impartial witness that will testify to your claim?
24. Who authorized your trespass and/claim?

Request for admissions

1. No act of legislation has created the authority for an Esquire to operate business in any State.
2. There is no congressional consent for the creation of the BAR member attorney.
3. The Supreme Court has no legislative, executive nor judicial authority to license or certify professions.
4. The Supreme Court certificate given to BAR attorneys is not a license.
5. One has no "Power of attorney", meaning a writing that uses the term "power of attorney" and grants authority to an agent to act in the place of the principal.
6. Only the "governing authority", the board of directors, at a noticed meeting for a corporation or business entity may hire counsel on behalf of the same.

Answer Due within 7 days after this notice is received.

By: Aisha Latham

## Definitions and Law of the Case

The meaning to the words used within the context of this case, are decreed as follows, thali; n let it be said, let it be done, and non may add to, nor take away from, what is decreed and expressed herein which renders silent that which is implied, assumed, or presumed [Cf. Expressum facit cessare tacitum. That which is expressed makes that which is implied to cease…. Where a law sets down plainly its while meaning the court is prevented from making it mean what the court pleases." Munro v. City of Albuquerque, 48 N.M. 306, 150 P.2d 733-4]:

**Trespass:** to go or intrude (on the property, privacy, or preserves of another) with no right or permission. [Cf. Robert's River Rides v. Steamboat Dev., 520 N.W.2d 294,301 (Iowa 1994) "wrongful interference with one's possessory rights in [real] property"]

**Claim (n):** a right to something; specifically in title to a debt, privilege, or other thing in the possession of another.

**Debt Collector:** any person who uses any instrumentality of interstate commerce or the mail in any business principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another.

Where attorneys serve as "debt collectors," as that term is defined under the Fair Debt Collection Practices Act (FDCPA), for serving to collect debts on behalf of their clients, they can expose themselves to liability by failing to comport with the FDCPA's structures and obligations—including the obligation to provide to consumers certain notices of their rights. [Cf. 15 U.S. Code ss 1962a(6)]

5. **Claimant (n):** one who demands anything as a right [1747].
6. **Loan (v):** a loan is the act of giving money, property, or other material goods to another party in exchange for future repayment of the principal interest amount along with the interests or other finance charges
7. **Contract (n):** a legally binding or valid agreement between two parties. The law will consider a contract to be valid if the agreement contains all of the following elements:
    a. Offer and acceptance.
    b. An intention between parties to create binding relations;
    c. Consideration to be paid for the promise made;
    d. Legal capacity of the parties to act;
    e. Genuine consent of the parties; and
    f. Legality of the agreement.

And agreement that lacks one or more of the elements listed above is not a valid contract.

8. **Debt (n):** "any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment." [Cf. 15 U.S.C. ss 1962a(5)]

9. **Consummation (n):** consummation is the date that a consumer becomes contractually obligated to the credit on the loan. Consummation is not the same as closing or settlement. [Cf. TILA-RESPA RULE ss 1026.2(a)13)]
10. **Collateral (n):** a property or other asset that a borrower offers as a way for a lender to secure a loan.
11. **Person (n):** The term "person" includes an individual, partnership, associations, corporation, organization, or any other combination of individuals:

I say here and will verify in open court that all herein be true.

Aisha Latham

13276 Federal Register / Vol. 61, No. 59 / Tuesday, March 26, 1996 / Notices

## DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

[Docket No. FR–3998–N–01]

### Office of the Assistant Secretary for Public and Indian Housing; Public Housing Lease and Grievance Procedures; Notice of HUD Due Process Determinations

**AGENCY:** Office of the Assistant Secretary for Public and Indian Housing, HUD.
**ACTION:** Notice of HUD due process determinations.

**SUMMARY:** Under 42 U.S.C. 1437d(k), a housing authority is generally required to provide a public housing tenant with the opportunity for an administrative hearing before commencement of eviction proceedings in court. The statute and HUD's implementing regulations at 24 CFR part 966 state that for certain criminal-related evictions the housing authority may bypass the administrative hearing. However, HUD must first make a determination that local law requires a pre-eviction court hearing that provides the basic elements of due process (a "due process determination"). This notice lists the judicial eviction procedures for which HUD has issued a due process determination.

**FOR FURTHER INFORMATION CONTACT:**
Office of General Counsel, Assisted Housing Division, Room 8166, Department of Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410; telephone (202) 708–2140. Hearing or speech-impaired individuals may call 1–800–877–8339 (Federal Information Relay Service TTY). (Except for the "800" number, these are not toll free numbers.) Individuals may arrange to inspect and copy the documents detailing the legal analysis on which the due process determinations are based by contacting the Assisted Housing Division.

**SUPPLEMENTARY INFORMATION:**

### I. Background

HUD has published a final rule elsewhere in today's **Federal Register** amending its regulations at 24 CFR part 10, which sets forth HUD's rulemaking policies and procedures, and 24 CFR part 966, which

which HUD has issued a due process determination."

This notice implements 24 CFR 966.51(a)(2)(iii). The notice provides a State-by-State listing of the due process determinations issued by HUD. Each listing provides a brief description of the judicial eviction procedures required by local law (e.g., forcible entry and detainer actions) which HUD has determined are consistent with the basic elements of due process as further defined in 24 CFR 966.53(c).

### II. Listing of Judicial Eviction Procedures for Which HUD Has Issued a Due Process Determination

*Alabama*

Unlawful detainer action in district court under Ala. Code §§ 6–6–310(2) to –353 (1975) and a possessory action in district court under the Sanderson Act, Ala. Code §§ 35–9–80 to –88.

*Alaska*

Forcible entry and detainer action in district or superior court under Alaska Stat. §§ 09.45.060 to .160.

*Arizona*

Forcible entry and detainer action in justice or superior court under Ariz. Rev. Stat. Ann. Sections 12–1171 –1183.

*Arkansas*

Forcible entry and detainer action in circuit court under Ark. Code Ann. tit. 18, ch. 60, subch. 3.

*California*

Unlawful detainer action (as defined in Cal. Civ. Proc. Code Section 1161) in superior, municipal or justice court.

*Colorado*

Unlawful detainer action in district or county court under Colo. Rev. Stat. §§ 13–40–104 to –123 (1987, Supp. 1989).

*Delaware*

Summary proceeding for possession in justice of peace court under Del. Code Ann. ch. 57.

*District of Columbia*

(1) A civil ejectment action under D.C. Code Ann. § 16–1101 in the civil division of the superior court; (2) A summary civil action for unlawful detainer under D.C. Code Ann. § 16–

*Florida*

An action for possession in county court under Fl. Stat. Ann. § 83.59 and a summary procedure for possession in county court under Fl. Stat. Ann. § 51.011.

*Georgia*

Dispossessory action in courts of record pursuant to Ga. Code Ann. § 44– 7–50 *et seq.* and dispossessory action in magistrate court pursuant to Ga. Code Ann. Section 15–10–1 *et seq.*

*Idaho*

Unlawful detainer action in district court under Idaho Code Ann. tit. 6, ch. 3.

*Illinois*

Forcible entry and detainer ("FED") action in circuit court under Ill. Ann. Stat. ch. 110, para. 9–101 *et seq.* (SmithHurd 1992), including two special procedures for drug eviction: (1) a public housing agency FED action to evict the tenant for drug trafficking under Ill. Ann. Stat. ch. 110., para. 9– 118; and (2) an FED action to evict the tenant under the Illinois Controlled Substance and Abuse Act, Ill. Ann. Stat. ch. 100–1/2, para. 13.9 *et seq.* (SmithHurd 1992).

*Indiana*

Ejectment action (as defined in Ind. Code Ann. § 32–6–1.5–1 (Burns 1992)) in the following courts: (1) The small claims and misdemeanor division of the circuit, superior and county courts; (2) the regular civil division of the circuit, superior, and county courts; and (3) the Municipal Court of Marion County.

*Iowa*

Forcible detainer action in district court under Iowa Code Ann. chs. 562A, 631, 648 and the Iowa Rules of Civil Procedure.

*Kansas*

An action in district court for rent and possession under Kan. Stat. Ann. Section 58– 2501 to –2533, 58–2540 to –2573; and an action in district court for forcible detainer under Kan. Stat. Ann. §§ 58–2542 to –2573 and Kan. Stat. Ann. ch. 61, art. 23.

*Kentucky*

Forcible entry and detainer (FED) action in district court in jurisdictions that have adopted the Uniform Residential Landlord and Tenant Act (URLTA). The URLTA provisions on FED actions are set forth in Ky. Rev. Stat. §§

governs HUD's public housing lease and grievance procedures. The rule adds a new paragraph (a)(2)(iii) to § 966.51 which states that "[f]or guidance of the public, HUD will publish in the **Federal Register** a notice listing the judicial eviction procedures for

501 in the landlord and tenant branch of the superior court; and (3) An action to recover possession of a rental unit used as a drug haven under D.C. Code Ann. § 45–2559.2 in the landlord and tenant branch of the superior court.

383.500 to .715.

*Maine*

Forcible entry and detainer action in district court under Me. Rev. Stat. Ann. ch. 14, Section 6001.

*Maryland*

(1) An action for summary eviction in district court under Md. Code Ann., Real Prop. Sections 8–401 to –403; (2) An action for ejectment in circuit court under Md. Code Ann., Cts. & Jud. Proc. § 4–402; and (3) An action for ejectment in circuit court under Md. Rules Ann. ch. 1100, §§ T40 to T46.

*Massachusetts*

An action for eviction in housing, district or superior court under Mass. Gen. Laws ch. 239.

*Michigan*

A summary proceeding for recovery and possession of premises in district court under Mich. Comp. Laws §§ 600.5701 to .5756.

*Minnesota*

Forcible entry and unlawful detainer action in district court (or in the housing courts of Hennepin and Ramsey Counties) under Minn. Stat. Ann. §§ 566.01 to .33.

*Missouri*

Unlawful detainer action (as defined in Mo. Rev. Stat. § 534.030) in circuit court (including an action in small claims courts).

*Montana*

An action for possession in district or justice court under the Montana Residential Landlord and Tenant Act of
1977, Mont. Code. Ann. Sections 70–24–101 to –442

*Nebraska*

An action for the restitution of real property in county or district court under the Nebraska Uniform Residential Landlord and Tenant Act, Neb. Rev. Stat. Section 76–1401 *et seq.*

*New Hampshire*

A summary action for eviction under N.H. Rev. Stat. Ann. ch. 540 and a civil action of ejectment and entry.

*New Jersey*

An action for eviction in the Special Civil Part of the Superior Court, Law Division, under N.J. Stat. Ann. Section 2A:18–61.1 *et seq.*

*New Mexico*

A summary action for possession in district or magistrate court under the Uniform Owner-Resident Relations Act, N.M. Stat. Ann. Sections 47–8–1 to –51 (Michie 1978).

*New York*

Summary eviction proceedings under N.Y. Real Prop. Acts. Law art. 7

*North Dakota*

An action for eviction in district or county court under N.D. Cent. Code Sections 33–06–01 to –04.

*Ohio*

Forcible entry and detainer action in municipal or county court under Ohio Rev. Code Sections 1923.01 to .15

*Oklahoma*

An action in district court for forcible entry and detainer (12 Okl. St. Section 1148.1 to .16, 1751 to 1772) for noncompliance which materially affects health or safety.

*Oregon*

Forcible entry and detainer action in district court under Or. Rev. Stat. Sections 90.100 to .940, 105.110 to .155.

*Pennsylvania*

An action for eviction in the court of common pleas under Section 511 of the Pennsylvania Landlord Tenant Act, 68 Pa. Cons. Stat. Section 250.511 and an action before a district justice for recovery of possession of real property under rules in the 500 series of the Pennsylvania Rules of Civil Procedure for District Judges.

*Rhode Island*

An action for eviction in district court under R.I. Gen Laws tit. 34, ch. 18.

*South Carolina*

An action for possession in circuit or magistrate court under S.C. Code Ann. tit. 27.

*South Dakota*

An action for detainer in circuit or magistrate court under S.D. Codified Laws Ann. Sections 21–16–1 to –12.

*Tennessee*

An unlawful detainer action under Tenn. Code Ann. Sections 29–18–101 to –134 and an action for possession under Tenn. Code Ann. Sections 64–2801 to –2864, 66–28–101 to –517.

*Texas*

An action for forcible entry and detainer in justice court under Tex. Prop. Code Ann. Sections 24.001 *et seq.*, 91.001 *et seq.* and a trespass to try title action in district court under Tex. Prop. Code Ann. Sections 22.001 *et seq.* and 91.001 *et seq.*

*Utah*

Unlawful detainer action in district or circuit court under Utah Code Ann. Sections 78–36–1 to –12.6 (1989 and 1990 Supp.).

*Vermont*

A superior court ejectment action pursuant to Vt. Stat. Ann. tit. 9, Sections 4451–4468 and Vt. Stat. Ann. tit. 12, Section 4851 *et seq.*

*Virginia*

An unlawful detainer action in circuit court or general district court pursuant to Va. Code Sections 8.01–126.

*Washington*

An unlawful detainer action in superior or district court under Wash. Rev. Code chs. 59.12, 59.18.

*West Virginia*

An action in magistrate or circuit court for unlawful detainer under W. Va. Code ch. 55, art. 3 or for wrongful occupation under W. Va Code ch. 55, art. 3A–1.

*Wisconsin*

An action for eviction in circuit court under Wis. Stat. Ann. ch. 799.

*Wyoming*

An action for ejectment in district court under Wyo. Stat. Section 1–32– 202 *et seq.*

Dated: March 12, 1996.

**Kevin Emanuel Marchman,**

*Acting Assistant Secretary for Public and Indian Housing.*

[FR Doc. 96–7060 Filed 3–25–96; 8:45 am]
**BILLING CODE 4210–33–P**

**NOTICE OF certificate of SERVICE:**

Mainstay Winston, LLC DBA The Winston By Windsor

Ryan R. McCain,
Barfield McCain Ayoub P.A.,
4460 Medical Center Way
West Palm Beach, Florida 33407

Jennifer Halil
11099 SW 5th Street
Pembroke Pines, Florida 33025

Respondent(s),

The above parties have been duly served the following
**NOTICE: JURISDICTION (DIVERSITY)**
**DEFINITIONS AND LAW OF CASE**
**REQUEST FOR PRODUCTION OF DOCUMENTS AND QUESTIONS**
**COMPENSATION**
**SIGNATURES**
**VERIFICATIONS**
**FACTS OF CASE**
**Claim**

And as of this day                    . I say here and will verify in open court that all
herein be true.

_____
October 12, 2023 Aisha Latham